1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                          DISTRICT OF NEVADA

8                                                  * * *

9   FEDERAL DEPOSIT INSURANCE          )
    CORPORATION, etc.,                 )
10                                     )
                    Plaintiff,         )            2:12-cv-532-JCM-RJJ
11                                     )
    vs.                                )
12                                     )
    BANC OF AMERICA SECURITIES,        )            O R D E R
13  INC., *et al*.,                    )
                                       )
14                  Defendant,         )
    _____)

15
          This matter is before the Court on Defendants' Motion to Stay Pending Transfer Decision
16
    By Judicial Panel on Multi District Litigation (#12).
17
          The Court having reviewed the Motion (#12), the response (#44) and the Reply (#45) and
18
    good cause appearing therefore,
19
          IT IS HEREBY ORDERED that  Defendants' Motion to Stay Pending Transfer Decision
20
    By Judicial Panel on Multi District Litigation (#12) is **GRANTED.**
21
          IT IS FURTHER ORDERED that the parties shall file a joint status report on June 22,
22
    2012.
23
          DATED this   9th   day of May, 2012.
24

25
                                          _____
26                                        ROBERT J. JOHNSTON
                                          United States Magistrate Judge
27

28